# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| JUVELYN CLARKSON, | Case No. 1:19-cv-1216 |
| Plaintiff/Counter-Defendant, | |
| v. | |
| CHASE BANK USA, N.A., | |
| Defendant/Counter-Plaintiff. | |

## NOTICE OF SETTLEMENT

Plaintiff, Juvelyn Clarkson and Defendant, Chase Bank USA, N.A., by counsel, hereby give the Court notice that the parties have reached a settlement of all issues and claims in this action. Upon finalizing the settlement documents, the parties will file a proposed agreed judgment that will dismiss the case with prejudice. The parties hereby request that all deadlines and case management dates be stayed for thirty (30) days so that the settlement may be finalized.

Respectfully submitted,

| | |
|---|---|
| */s/ James A. Sellers (with permission)* | */s/ Kyle W. LeClere* |
| James A. Sellers | Kyle W. LeClere |
| LAW OFFICES OF JEFFREY LOHMAN, P.C. | BARNES & THORNBURG LLP |
| 4740 Green River Road, Suite 310 | 11 South Meridian Street |
| Corona, CA 92880 | Indianapolis, IN 46204-3535 |
| Tel. (657) 363-4699 | (317) 236-1313 |
| Fax (657) 272-8944 | (317) 231-7433 (Fax) |
| jamess@jlohman.com | kleclere@btlaw.com |
| | |
| *Attorney for Plaintiff Juvelyn Clarkson* | *Attorney for Defendant Chase Bank USA, N.A.* |