IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JUVELYN CLARKSON, | ) |
| *Plaintiff/Counter-Defendant* | ) ) ) |
| v. | ) Case No. 1:19-cv-01216-JPH-MPB |
| CHASE BANK USA, N.A., | ) ) ) |
| *Defendant/Counter-Plaintiff.* | ) |

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE AND ENTRY OF AGREED JUDGMENT

Plaintiff, Juvelyn Clarkson and Defendant, Chase Bank USA, N.A., by counsel, hereby submit this joint motion requesting the Court dismiss this cause of action in its entirety, including claims that were brought or that could have been brought, with prejudice, each party to bear its own costs and fees, and to enter the Agreed Judgment attached hereto as Exhibit A.

Respectfully submitted,

*/s/ James A. Sellers (with permission)*
James A. Sellers
LAW OFFICES OF JEFFREY LOHMAN, P.C.
4740 Green River Road, Suite 310
Corona, CA 92880
Tel. (657) 363-4699
Fax (657) 272-8944
jamess@jlohman.com

*Attorney for Plaintiff Juvelyn Clarkson*

*/s/ Kyle W. LeClere*
Kyle W. LeClere
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204-3535
(317) 236-1313
(317) 231-7433 (Fax)
kleclere@btlaw.com

*Attorney for Defendant Chase Bank USA, N.A.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2019, a copy of the foregoing **Joint Motion for Dismissal with Prejudice and Entry of Agreed Judgment** was filed electronically.  Notice of this filing will be sent to counsel for all parties that have appeared in the case by operation of the Court's electronic filing system (CM/ECF).  Parties may access this filing through the Court's system.

      /s/ *Kyle W. LeClere*_____
Attorney for Defendant Chase Bank USA, N.A.