## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS

JUVELYN CLARKSON,                                        Case No: 1:19-cv-1216-JPH-MPB

        Plaintiff/Counter-defendant,

vs.

CHASE BANK USA, N.A.,

        Defendant/Counter-plaintiff.

## AGREED FINAL JUDGMENT

THIS MATTER coming to be heard upon the agreement of the parties to resolve this matter with the entry of this Agreed Final Judgment, the Court therefore enters this Agreed Final Judgment as follows:

It is hereby **Ordered, Adjudged, and Decreed** that Plaintiff/Counter-Defendant Juvelyn Clarkson ("Clarkson") take nothing against Defendant/Counter-Plaintiff Chase Bank USA, N.A., now known as JPMorgan Chase Bank, N.A. ("Chase").

It is further **Ordered, Adjudged, and Decreed** that Chase shall recover from Clarkson the principal sum of $14,005.46, plus pre-judgment interest of $2,020.99, as well as $5,735.10 for its reasonable attorneys' fees, in a total amount recoverable from Clarkson, as of the date of this Judgment, of Twenty-One Thousand Seven Hundred Sixty-One and 55/100 Dollars ($21,761.55).

It is further **Ordered, Adjudged, and Decreed** that Chase shall further be entitled to recover from Clarkson post-judgment interest at a rate of 19.24% per annum, as well as all of its costs and expenses, including its reasonable attorneys' fees, incurred in enforcing or collecting upon this Agreed Final Judgment.

It is further **Ordered, Adjudged, and Decreed** that this matter and all claims by the parties are hereby dismissed with prejudice.  The Clerk is hereby instructed to terminate this matter.

Date: 10/21/2019

James Patrick Hanlon
United States District Judge
Southern District of Indiana

**AS AGREED TO BY:**


 /s/ *Kyle W. LeClere*
**KYLE W. LeCLERE**

**ATTORNEYS FOR DEFENDANT
CHASE BANK USA, N.A., now known as,
JPMORGAN CHASE BANK, N.A.**


/s/ *James A. Sellers II*
**JAMES A. SELLERS II**

**ATTORNEYS FOR PLAINTIFF JUVELYN
CLARKSON**